No. 487. MORRIS, TRUSTEE, ET AL. v. PAVIA. December 2, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Edwin L. Garvin* for petitioners. *Mr. Samuel J. Rosensohn* for respondent.

No. 247. TROCHE v. CALIFORNIA. See *ante,* p. 524.

No. 40. GREENWAY APARTMENT CO. v. THE CONVENTION OF THE PROTESTANT EPISCOPAL CHURCH ET AL. See *ante,* p. 525.

No. 46. ANGLO & LONDON-PARIS NAT'L BANK v. CONSOLIDATED NAT'L BANK. See *ante,* p. 526.

No. 51. GULF, MOBILE & NORTHERN R. CO. v. WILLIAMS. See *ante,* p. 526.

No. 58. FIRST ADDITION TO THE RATTLE SNAKE DRAINAGE DISTRICT ET AL. v. BODEMAN ET AL. See *ante,* p. 527.

No. 415. LA PLAIN ET AL. v. ALLARD. See *ante,* p. 527.

No. 473. WORLEY v. HAWKER. December 9, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Neal E. McNeill* for petitioner. No appearance for respondent.

No. 474. OWENS v. BATTENFIELD ET AL. December 9, 1929. Petition for writ of certiorari to the Circuit Court